# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David Booker,

                    Plaintiff(s),

vs.

Jason Spencer, *et al*.,

                    Defendant(s).

**2:23-cv-00906-RFB-MDC**

**Report and Recommendation**

Pending before the Court is pro se plaintiff David Booker's failure to file an IFP or pay the filing. On June 8, 2023, plaintiff filed a Complaint but did not pay the filing fee or submit an *Application to Proceed In Forma Pauperis* ("IFP") (ECF No. 1). On April 19, 2024, the Court ordered plaintiff to file his IFP application by Monday, May 20, 2024. ECF No. 5 at 2. The court warned plaintiff that failure to timely comply with the order may result in dismissal of the case. *Id.* Plaintiff has failed to timely file an IFP.

ACCORDINGLY,

**IT IS RECOMMENDED** that this case be dismissed.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d

1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 28th day of May 2024.

IT IS SO RECOMMENDED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge